

# NUMBER 13-18-00363-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

UETA OF CALIFORNIA, INC.,
UETA, INC., DUTY FREE
AMERICAS, INC., AND SYG
VENTURES GENERAL
PARTNERSHIP,                                                              Appellants,

v.

GLORIA BRADY, INDIVIDUALLY,
AND AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF HAROLD J.
BRADY (DECEASED),                                                          Appellees.

## On appeal from the 139th District Court
## of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Order Per Curiam**

Appellants UETA of California, Inc., UETA, Inc., Duty Free Americas, Inc., and

SYG Venture General Partnership have filed a motion for emergency stay of the trial court proceedings below in Cause C-4301-17-C; *Gloria Brady, Individually, and as Independent Executrix of the Estate of Harold J. Brady (Deceased) v. UETA of California, Inc., UETA, Inc., Duty Free Americas, Inc., and SYG Ventures General Partnership*, arising from the 139th Judicial District Court of Hidalgo County. This appeal arises from the denial of appellants' motion to compel arbitration. Appellants argue that if the trial court proceedings are not stayed, the parties and the courts "will be forced to spend considerable time and resources engaging in discovery and pre-trial proceedings unnecessarily to litigate a case that, under Texas law, must be compelled to arbitration." They further argue that, absent a stay, this Court may be denied the opportunity to rule on a pivotal threshold issue before this case is litigated, thus potentially depriving this Court of subject matter jurisdiction over the pending appeal.

The Court, having examined and fully considered the motion for emergency stay and the matters on file herein, is of the opinion that appellants are entitled to a stay of the trial court proceedings. Accordingly, we order the trial court proceedings STAYED pending further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of August, 2018.